# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAINE JOHNS, | ) |
| Petitioner, | ) |
| v. | ) Case No. 10-1175 |
| GUY PIERCE, Warden, | ) |
| Respondent. | ) |

## ORDER

This matter is now before the Court on Petitioner Dwaine Johns' ("Johns") Application to Proceed In Forma Pauperis on Appeal. Title 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."

In denying Johns' § 2254 petition, the Court found that his first three claims were untimely, and he did not succeed in establishing that he was entitled to equitable tolling. His fourth and final claim was determined to be a stand alone claim of actual innocence which is not cognizable upon federal habeas review. Accordingly, appeal would appear to be frivolous. Accordingly, the Court cannot find that this appeal is being taken in good faith. Johns' Motion to Proceed In Forma Pauperis on Appeal [#28] is therefore DENIED.

ENTERED this 12th day of July, 2011.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge